

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

42 U.S.C. SECTION 1983
DEPRIVATION OF RIGHTS

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2024 JAN 19 P 4:09

CLERK OF COURT

Antonia M. Gonzalez-Nunez, Plaintiff

v.

Case Number: 24-C-0085

Leslie J. Hernandez Crespo, Defendant

Amarilys Vazquez Serrano, Defendant

Mirnaly Agosto Ortiz, Defendant

Wilmarie Ojeda López, Defendant

Yahaira Fantauzzi Rivera, Defendant

Damaris Quiñones Meléndez, Defendant

Arline Alicea Falcon, Defendant

Nina Ballester Vargas, Defendant

Carlos Perez Rodriguez, Defendant

Enith A Banchs Vinas, Defendant

Fernando Figueroa Santiago, Defendant

Maritza Cuesta, Defendant

Ricardo Cruz Ortiz, Defendant

Carlos Rivera Otero, Defendant

Hiram Javier Torres, Defendant

Yelitza Y. Cruz Melendez, Defendant

Guillermo A. Somoza Colombani, Defendant

Francisco Barredo Montes, Defendant

Angel Laboy, Defendant

Margiorie Maccone, Defendant

Alfonso Madrid, Defendant

Puerto Rico Tribunal de Primera Instancia Bayamón, Defendant

A.  PARTIES

   1. Plaintiff, Antonia M. Gonzalez-Nunez is a citizen of Wisconsin and resides at 9220 N. 75th st. Apt. 115, Milwaukee, WI 53223.

   2. Defendants, Leslie J. Hernandez Crespo, Amarilys Vazquez Serrano, Mirnaly Agosto Ortiz, Wilmarie Ojeda López, Yahaira Fantauzzi Rivera, Damaris Quiñónes Meléndez, Arline Alicea Falcon who all claimed to be Judicial members of The Tribunal de Primera Instancia Bayamón located Número 4690 Carretera 167, Bayamón, PR 00957. Mailing address of P.O. Box 4302, Bayamón, PR 00958-4302.

   3. Defendants, Nina Ballester Vargas, Carlos Perez Rodriguez, Enith A Banchs Vinas, Fernando Figueroa Santiago who claimed to be officers of The Department of Justice located Calle Teniente César González 677 Esq. Ave. Jesús T. Piñero, San Juan, Puerto Rico 00902-0192. Mailing address of Apartado 9020192, San Juan, PR 00902-0192.

1

4. Defendants, Maritza Cuesta, Ricardo Cruz Ortiz, Carlos Rivera Otero, Hiram Javier Torres who claimed to work for The Department of Childrens and Families located Edificio Mercantil Plaza 40 Avenida Ponce de León, Hato Rey, Puerto Rico 00917. Mailing address of P.O Box 11398, San Juan, Puerto Rico 00910.

5. Defendant, Francisco Barredo Montes who claimed to be an officer of The Guaynabo Police Department located CVHQ+R2C, Cll Juancho López, Guaynabo, Puerto Rico 00965. Same mailing address.

6. Defendant, Angel Laboy who claimed to be an advocate of The Municipio Autónomo de Guaynabo located Apartado 7885, Guaynabo, PR 00970.

7. Defendant, Margiorie Maccone who claimed to be a psychiatrist of The Hospital Pavia Hato Rey located Ave ponce de leon 435, Hato Rey, PR 00919. Same mailing address.

8. Defendant, Alfonso Madrid who is a psychiatrist for himself at Oficina Dr. Alfonso Madrid located Calle Carazo #44 Suite #2, Guaynabo, PR, 00966.

9. Defendants, Yelitza Y. Cruz Melendez and Guillermo A. Somoza Colombani of both whose involvements and positions need to be clarified.

B. STATEMENT OF CLAIM

Multiple employees across different Departments were involved on some level in a conspiracy against me and my son K.G.'s civil rights of which we were deprived of which resulted in damages and a malicious and wrongful prosecution.

On 08/25/2022, Leslie J. Hernandez Crespo hosted a hearing following the unlawful receipt of this action against me internally transferred by Darelis Lopez who had been engaging in insurrection of which should have been dismissed and required resubmission also without requiring a petition to the current Court. I had been deprived of proper notifications and discovery of which Leslie did not verify had been completed by Maritza Cuesta. Leslie knew Maritza was not The Department of Childrens and Families' attorney and therefore did not have the legal right to represent the agency, in these actions Leslie acted as legal aid for Maritza, creating a conflict of interest and should have known better.

Leslie had access to the records of the lower Court leading up to the transfer to her and did not weigh in on the fact that this entire matter did not have cause against me, was initiated in the wrong Court who did not have jurisdiction for which should have also been dismissed and regardless of, accepted this illegal transfer knowingly and willingly participating in insurrection also.

The Court's public defense office wrongfully deemed me not eligible for legal representation. Leslie was aware I have a disability and failed to ensure I had legal representation as required by Federal law. Instead she made threats to me about finding representation immediately although I informed I had been seeking and did not locate anyone in every city of the island, threatening me that if I do not obtain legal representation, as if it was in my control, by the next hearing date she would proceed against me without of which inflicted more distress to me.

I informed Leslie that I had just been released from an involuntary medical commitment in which I suffered abuse and was not feeling well of which she did not demonstrate any interest in investigating as if she already knew and did not care intending to proceed against me without legal representation, while disabled and in bad health. A legitimate Judge would have subpoenaed the Hospital to investigate this information and verify to find the truth in testimony provided.

Leslie placed the safety and security of K.G. at risk by allowing him to remain placed with persons Maritza failed to verify as adequate in providing care. The DCF attorney Hiram Javier Torres did not show up to Court on this day and Leslie claimed to be waiting for him to appear in where it was The DCF's responsibility to ensure availability and appearance of legal counsel, another ground for dismissal of which she did not act upon demonstrating her intent to entertain these actions against me making her a party of interference of my parental rights and me and my son K.G.'s civil rights.

09/01/2022, the DCF's attorney did not show to the hearing of which again was grounds for dismissal and demonstrated their intent not to pursue of which Leslie disregarded and maliciously continued to pursue this matter acting as an interested party and giving it continuance contrary to the law and admitting on the record that she still had not received cause for these actions. Leslie's actions demonstrated intent, partiality and her objective to malicious prosecute, in this she acted as legal aid violating ethics and the law of which I was forced to represent myself pro se due to not having acquired legal representation by this date and not wanting to completely give my rights up although I was not in any condition to represent myself nor had any experience or education in law and was definitely not familiar with the laws of P.R.

Maritza was given since illegally acquiring K.G. on 08/09/2022 through 09/22/2022 to come up with cause for this action who failed during this entire time frame and was still allowed to claim his custody. Hiram and the DCF assisted Maritza with her cause to claim and still had been unable to help her decide what the cause was.

As of 09/01/2022, Maritza claimed to the Court to have transferred K.G.'s placement to three different persons since unlawfully taking him 08/09/2022. First she awarded K.G. to my father, then my aunt and then my mother upon her arrival, she did not ever explain to the Court why these transfers were occuring nor did she seek permission to perform these transfers. Leslie also acknowledged that my mother could not stay to continue K.G.'s placement was more grounds to dismiss this action against me and return him immediately if obviously I was the only remaining person in his best interests for which she failed and refused to do and she did not hold Maritza accountable by sanctioning her for not having had permission when committing these transfers.

2

Nina Ballester Vargas representing The Public Ministry on behalf of K.G. whose email says she works for The Department of Justice, throughout this entire time witnessed these events leading up to this and failed to play her role in seeking dismissal and K.G. returned to me given the obvious illegitimacy of this matter and his rights being violated of which she failed to protect.

On 09/08/2022, it is recorded that Hiram, DCF's attorney did not appear at the hearing and then immediately contradicted in other notes alleging he was present, followed by unlawfully ratifying and awarding custody of K.G. to DCF. Many false allegations of which were defamatory and did not occur in addition to descriptions of which did not make sense were described in these records of inconsistencies and contradictions. In this hearing Maritza as social worker was changed without explanation of which Leslie claims to have not known who was actively assigned and ordered me to subscribe to a service plan although I am not the reason I had not been receiving public services previously and had been denied the entire time in P.R. Of which can be interpreted as if I was the reason we had not been helped, followed by unlawfully demanding I sign an illegal contract against my rights and under threat of losing my son K.G. Because of the long term institutional abuse and war crimes committed against me and K.G. of which were not ceasing of which we suffered, I asked Leslie if we could return to Wisconsin where this all began to put an end to this, of which I was told that I could not, which I feel were efforts to continue abuse against us although according to the Constitution I can and because I recognize our rights and corruption I was aware I am not required to obey an illegal order. I requested copies of all of the hearings leading up to this point of which was granted but the clerks denied me upon request of them. Because of the many inconsistencies and contradictions it is imperative the video camera footage records of these hearings be released in search of the truth.

As of 09/29/2022, Maritza had not appeared to follow up with Leslie concerning the services she never offered in the first place and was required to, since the last Court hearing and Leslie acknowledged not being aware of who was actively assigned insinuating there had been a change in social worker of which the reason for the change was not recorded and again failed to dismiss this action.

Nina continued to fail in requesting exercise of K.G. 's rights, his best interests, his release and dismissal of this action. Leslie ordered visitation with K.G. be allowed as previously ordered 09/08/2022 of which was not ensured leading up to this point.

10/03/2022, I met with social worker Ricardo Cruz Ortiz who made recommendations which required me to agree to more medical treatments of which were against my rights and I refused to continue to be subjected to more abuse of which I was already suffering from without relief. I am not required to sign any illegal contract and therefore I did not. It was acknowledged on the Court record that as of 10/06/2022 I still had not received any prior notifications nor court records or discovery as required by law and Leslie corruptly maintained that I could be obligated to involuntary "medical treatments" without cause.

Leslie threatened that if I did not sign this illegal agreement and waive my rights under intimidation of threats that the kidnapping of K.G. would continue and that we would not be reunited. I was also denied a copy of the social worker's "investigative report" deeming it confidential although because I had been in representation of myself I was privileged to this information as discovery. Leslie acknowledged my requests for video camera footage of my stay in the hospital and from the local police department and did not grant me subpoena of them as should have, continuing to act in a corrupt manner with disinterest in finding the truth.

10/17/2022, Leslie indicated that the burden of proof was satisfied by Maritza of which consisted of an inadmissible, inadequate investigative report she wrote as a declaration filled with information of which she was no witness to committing perjury, declaring on behalf of other persons of which was not substantiated when they did not appear to testify.

Followed by an extensive list of "statements of facts" of which none were facts. Of which was required to be done by the social worker but instead completed by Leslie who continued acting as counsel.

I was completely defamed entirely in these actions which caused long term harm, reputational damages amongst physical, psychological and emotional damages to myself and my son K.G. of which also harmed my other son M.V.G. because my efforts continued to be delayed in having him returned who was actively abducted illegally.

It is obvious that these actions were in conjunction of the conspiracy to kidnap my children of which began in MKE and is indisputably, results of the previous actions of which continue to violate me and my children's rights together, our civil rights, interfered in our relationship and family life, not allowing us to leave together peacefully, alienating my children while abusing us all and making my children feel as I would not be able to protect them from this which caused long term harm and damages.

All of the following persons had some level of involvement in this matter and should have known better if the current actions against us were unconstitutional and violated us, therefore they were expected to report and immediately disengage. Therefore this warrants search of them and of the level of their involvement, summons to testify and discovery of what they contributed in these matters.

According to the standards of the law Leslie J. Hernandez Crespo committed treason; she did not represent Justice, she knowingly and willingly committed violations of me and K.G.'s civil rights, deprived us of Justice and should be impeached for these actions to restore integrity to the Court and according the law she should also be referred for criminal prosecution given these are multiple Federal violations against us.

These actions were crimes against me and my son K.G.'s persons by giving continuance to this illegal detainment and wrong, covering of it by attempting to legalize these unlawful actions as legitimate in a conspiracy intentionally and maliciously participation contrary to the procedure of law and failure to meet the requirements of, all participants placing themselves above the law they are also subject to.

None of the involved parties acted within the scope of their duties, all members seemed to have acted in favor of the opposing parties and served those interests over the law placing their own positions and freedoms at risk while also damaging the integrity of

3

the Court. These actions were not only ethically wrong, they violated rules, procedures of the law, our civil rights, The U.S. Constitution and P.R's Constitution, of which caused long term harm and is the very definition of corruption and retaliation for me having made valid complaints prior to these actions of which these efforts were intended to shift blame. These actions were abuse of power, of which it is necessary to preserve the integrity of the Court and Justice, void of these illegal orders, compensatory awards, impeachment of these members and criminal referrals.

Members are required to report each other whenever they discover members knowingly and willingly engaging in any corruptive practices, of which they obviously did not do and instead willfully became parties to, which is disloyalty, insurrection and treason. These actions, decisions, explanations and holdings are unsupported and fraud, these actions do not represent the Government of which simulation of the legal process is suspected and warrants search of them.

C. JURISDICTION

- I am suing for violations of federal law under 28 U.S.C. § 1331.

D. RELIEF WANTED

I ask the Court to order:

Hearing on the record by video camera recording made available immediately thereafter and public livestream.

Subpoena of all P.R. 's Tribunal Primera Instancia internal records related to this case and if any responsive records or communications with Court's in Wisconsin.

Disclosure and verification of the names of all employees on these records including the other involved employees whose names are not on these records, their identities as true and correct, employment positions, statuses of employment and licenses, supporting credentials.

Summons of all parties, unidentified employees who have handled this information and witnesses to Court to testify.

Seal of all information mentioned in this complaint and all other related records submitted to the Court that refers to my children.

Void of this Court's orders.

The maximum compensatory and punitive damages to be awarded to me and my children under 893.80 (3) 50,000, 895.043 200,000, 18 U.S.C. 3571 250,000 from the individuals and 500,000 from the organization and 42 U.S.C. section 1983 to be determined by the Court.

E. JURY DEMAND

I do not want a jury to hear my case.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __19__ day of __01__ 20__24__

Respectfully Submitted,

_____
Signature of Plaintiff

(414) 750-4053
Plaintiff's Telephone Number

Graysarea100@gmail.com
Plaintiff's Email Address

9220 N. 75th st. Apt. 115
Milwaukee, WI 53223

I do request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

Antonia M. Gonzalez-Nunez  01/19/2024