# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ANTONIA M. GONZALEZ-NUNEZ,
    Plaintiff

v.                      CASE NUMBER: 24-C-0085

LESLIE J. HERNANDEZ CRESPO, et al.,
    Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that (1) plaintiff's claims against the judges of the Court of First Instance (Leslie J. Hernandez Crespo, Amarilys Vazquez Serrano, Mirnaly Agosto Ortiz, Yahaira Fantauzzi Rivera, Damaris Quiñones Meléndez and Arline Alicea Falcon) are dismissed without prejudice for lack of subject-matter jurisdiction or, in the alternative, dismissed with prejudice for seeking monetary relief against defendants who are immune from such relief; and (2) plaintiff's claims against the remaining defendants are dismissed without prejudice for failure to state a claim on which relief can be granted.

| | |
|---|---|
| 2/13/2024 | Gina M. Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |